UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW B. WATTS,<br><br>    Petitioner,<br><br>v.<br><br>CINDY BLACK, et al.,<br><br>    Respondents. | Case No. 20-cv-00568-HSG<br><br>**ORDER DENYING PENDING MOTIONS AS MOOT**<br><br>Re: Dkt. Nos. 12, 13 |

On March 9, 2020, the Court dismissed this *pro se* petition for a writ of habeas corpus, denied a certificate of appealability, and entered judgment in favor of respondents. Dkt. Nos. 10, 22. Accordingly, petitioner's motion requesting appointment of counsel is DENIED as moot. Dkt. No. 12. Petitioner's motion requesting leave to proceed *in forma pauperis* is also denied as moot. Dkt. No. 13. Petitioner has already paid the filing fee. Dkt. No. 1.

This order terminates Dkt. Nos 12 and 13.

**IT IS SO ORDERED.**

Dated: 3/12/2020

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge